**ATSER RESEARCH TECHNOL-OGIES, INC., Plaintiff–Appellant,**

v.

**RABA–KISTNER CONSULTANTS, INC., Rabakistner Infrastructure, Inc., Rabakistner–Anderson Consultants, Inc. (formerly known as Raba–Kistner Consultants (SW), Inc.), Brytest Laboratories, Inc. (doing business as Raba–Kistner–Brytest Consultants, Inc.), and Lone Star Infrastructure, Joint Venture, Defendants–Appellees.**

No. 2011–1590.

United States Court of Appeals, Federal Circuit.

June 8, 2012.

Rehearing Denied July 23, 2012.

Eric M. Adams, Mehaffy Weber, P. C., of Houston, TX, argued for plaintiff-appellant.

John P. Moran, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief was Karen Boyd Williams. Of counsel on the brief was Joshua C. Krumholz, of Boston, MA.

Before RADER, Chief Judge, NEWMAN and PLAGER, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**